

# NUMBER 13-21-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**AARON MALONE,**
**TDCJ NO. 1697643,**                                            **Appellant,**

**v.**

**TEXAS DEPARTMENT OF**
**CRIMINAL JUSTICE, ET AL.,**                                   **Appellee.**

---

### On appeal from the 36th District Court
### of Bee County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

This appeal is before the Court on appellant's motions to supplement record and to stay briefing time schedule. Appellant identifies three hearings which he indicates are not included in the reporter's record, specifically hearings held on January 12, 2016,

October 23, 2015, and March 8, 2016.

Pursuant to Texas Rule of Appellate Procedure 34.6(d) and 34.6(f), this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether anything relevant was omitted from the reporter's record. *See Id*. 34.6(d). If relevant items were omitted, the trial court shall determine what steps are necessary to ensure the prompt preparation of a complete reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders, if any, and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

Accordingly, the motion to supplement the record is hereby carried with the case and the motion to stay briefing time schedule is granted.

Per Curiam

Delivered and filed on the
9th day of September, 2021.